IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMY PASS,

          Plaintiff,

v.                                                          No. CV 21-248 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

          Defendant.

## ORDER SETTING ZOOM MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff Amy Pass's *Unopposed Motion for Oral Argument* (the "Motion"), (Doc. 28), filed January 21, 2022. In the Motion, Ms. Pass requests that the Court set her *Motion to Reverse and Remand, with Supporting Memorandum*, (Doc. 21), filed October 4, 2021, for oral argument pursuant to Local Rule 7.6(a). (Doc. 28 at 1). Ms. Pass states that "oral argument would assist the Court with clarification of the legal arguments and narrowing [of] the issues, as well as answer[ing] any questions the Court has about the legal arguments or facts of the case." *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS HEREBY ORDERED** that a Motion Hearing on Ms. Pass's *Motion to Reverse and Remand, with Supporting Memorandum*, (Doc. 21), shall be held via Zoom on **Monday, June 13, 2022, at 10:30 a.m.**

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE