IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMY PASS,

        Plaintiff,

v.                                   No. CV 21-248 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon communication from counsel. **IT IS HEREBY ORDERED** that the Motion Hearing scheduled for **Monday, June 13, 2022, at 10:30 a.m.** is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.